# EXHIBIT A

AOC-**E**-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      *Courts.ky.gov*

CR 4.02; Cr Official Form 1



NOT ORIGINAL DOCUMENT
04/12/2021
JSTIGALL@STURGILLTURNER.COM

Case #: **21-CI-00320**
Court: **CIRCUIT**
County: **KENTON**

## CIVIL SUMMONS

---

*Plaintiff,* **WINBUSH, TERRELL VS. ALPA, INC.**, *Defendant*

TO:  **GANSHAYAM A. PATEL**
      **4767 SCOTTSVILLE ROAD**
      **BOWLING GREEN, KY 42104**

Memo: Related party is ALPA, INC.

The Commonwealth of Kentucky to Defendant:
**ALPA, INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*John C. Middleton*

Kenton Circuit Clerk
Date: **2/26/2021**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

---

Presiding Judge: HON. GREGORY M. BARTLETT (616100)

CI : **000001** of **000001**

Summons ID: @00000957737
CIRCUIT: 21-CI-00320 Certified Mail
WINBUSH, TERRELL VS. ALPA, INC.



Page 1 of 1

eFiled

Filed        21-CI-00320        02/26/2021        John C. Middleton, Kenton Circuit Clerk

NOT ORIGINAL DOCUMENT
04/12/2021 02:27:32 PM
JSTIGALL@STURGILLTURNER.COM

**COMMONWEALTH OF KENTUCKY**
**KENTON COUNTY CIRCUIT COURT**
**DIVISION _____**
**CASE NO. _____**

**TERRELL WINBUSH**                                        **PLAINTIFF**
**2402 West North Bend Road, #1**
**Cincinnati, OH 45239**

**vs.**

**ALPA, INC.**                                                   **DEFENDANT**
**4767 Scottsville Road**
**Bowling Green, KY 42104**

> *Serve Registered Agent*
> **Ganshayam A. Patel**
> **4767 Scottsville Road**
> **Bowling Green, KY 42104**

_____

**COMPLAINT AND JURY DEMAND**
_____

Comes now the Plaintiff, Terrell Winbush, by and through counsel, and for his claim for relief states as follows:

**PARTIES/ JURISDICTION/ VENUE**

1.    Plaintiff, Terrell Winbush, (hereinafter "Plaintiff" or "Winbush") is a citizen and resident of the State of Ohio at the address listed in the caption.

2.    At all times relevant hereto, Defendant, Alpa, Inc. (hereinafter "Defendant" or "Alpa") is a Kentucky Corporation with its principal office in Bowling Green, Kentucky.

3.    At all times relevant hereto, Plaintiff was an "employee" as that term is defined under applicable state law, including but not necessarily limited to KRS § 344.030.

4.    At all times relevant hereto, Defendant was an "employer" as that term is defined under applicable state law, including but not necessarily limited to KRS § 344.030.

Presiding Judge: HON. GREGORY M. BARTLETT (616100)

COM : 000001 of 000004

Filed           21-CI-00320           02/26/2021           John C. Middleton, Kenton Circuit Clerk

NOT ORIGINAL DOCUMENT
04/12/2021 02:27:32 PM
JSTIGALL@STURGILLTURNER.COM

5.      Defendant is subject to the jurisdiction of this Court.

6.      Venue is proper in the Kenton Circuit Court in that all or a substantial part of the events giving rise to these claims occurred within Kenton County, Kentucky.

### STATEMENT OF RELEVANT FACTS

7.      Plaintiff is African American.

8.      In or around November 2015, Plaintiff was hired through CM Staffing to work at Alpa, Inc. at 7080 New Buffington Road, Suite A, Florence, Kenton County, Kentucky.

9.      In or around January 2016, Plaintiff was promoted to Machine Operator I.

10.     In or around March 2016, Plaintiff transitioned from a temp working for CM Staffing and became an employee of Defendant.  Plaintiff remained a Machine Operator I for the remainder of his employment.

11.     For all or a majority of his employment with Defendant, Plaintiff was the only black machine operator.

12.     On more than one occasion during the course of his employment and because other machine operators were receiving promotions, Plaintiff inquired about being promoted to a Machine Operator II.  Plaintiff was denied a promotion.

13.     On multiple occasions during the course of his employment, Plaintiff was forced to take on additional undesirable job responsibilities that were not required of other machine operators.

14.     On or about June 1, 2019, Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission asserting race discrimination and retaliation.

15.     On or about July 1, 2019, Plaintiff was terminated.

Presiding Judge: HON. GREGORY M. BARTLETT (616100)

COM : 000002 of 000004

2

NOT ORIGINAL DOCUMENT
04/12/2021 02:27:32 PM
JSTIGALL@STURGILLTURNER.COM

## COUNT I
## RACE DISCRIMINATION

16.     Plaintiff incorporates the allegations set forth above as if fully restated herein.

17.     As set forth above, Plaintiff was discriminatorily treated differently than his white co-workers in violation of KRS § 344, et seq, including but not limited to being denied promotions and being required to take on additional, undesirable job responsibilities.

18.     As a direct and proximate result of Defendant's unlawful discrimination, Plaintiff has suffered and is continuing to suffer from a loss of income and benefits and has experienced emotional distress and mental anxiety for which he should be compensated.

## COUNT II
## RETALIATION

19.     Plaintiff incorporates the allegations set forth above as if fully restated herein.

20.     Plaintiff engaged in protected activity when he filed a Charge of Discrimination with the EEOC and otherwise complained of discrimination.

21.     After Plaintiff engaged in protected activity and because he engaged in protected activity, Plaintiff was harassed, terminated, and otherwise retaliated against in violation of KRS § 344.

22.     As a direct and proximate result of Defendant's unlawful retaliation, Plaintiff has suffered and is continuing to suffer from a loss of income and benefits and has experienced emotional distress and mental anxiety for which he should be compensated.

**WHEREFORE**, Plaintiff demands judgment against Defendant, in an amount to be determined at trial, as follows:

A.      That Plaintiff be awarded all lost pay and benefits;

B.      That Plaintiff be awarded compensatory damages;

Presiding Judge: HON. GREGORY M. BARTLETT (616100)

COM : 000003 of 000004

3

NOT ORIGINAL DOCUMENT
04/12/2021 02:27:32 PM
JSTIGALL@STURGILLTURNER.COM

C.     That Plaintiff be awarded pre- and post-judgment interest at the rate allowed by

law;

D.     That Plaintiff be awarded his attorney fees and costs incurred in the investigation

and prosecution of this matter;

E.     That Plaintiff be awarded such other and further relief which the Court deems

just, proper and equitable under the circumstances.

Respectfully submitted,

BONAR, BUCHER & RANKIN, PSC

/s/Anthony J. Bucher
Anthony J. Bucher (KBA #87126)
3611 Decoursey Avenue
Covington, Kentucky 41015
Ph: (859) 431-3333
tbucher@lawatbdb.com

**JURY DEMAND**

Plaintiff herein demands a trial by jury.

/s/Anthony J. Bucher
Anthony J. Bucher

4

Presiding Judge: HON. GREGORY M. BARTLETT (616100)

COM : 000004 of 000004

USPS TRACKING #

9590 9402 3078 7124 8765 28

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

KENTON CIRCUIT COURT
230 MADISON AVE.
3RD. FLOOR
COVINGTON, KY 41011
PHONE # 859-292-6521

—154634

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ganshajam A Patel
4767 Scottsville Rd
Bowling Green Ky 42104

KENTON CIRCUIT/DISTRICT COURT

MAR 18 2021

JOHN C. MIDDLETON CLERK

9590 9402 3078 7124 8765 28

2. Article Number (Transfer from service label)

7017 1450 0000 0087 8798

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X C. Bailey   ☑ Agent
              ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

COVID-A   3-12-21

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 20   Domestic Return Receipt

Filed          21-CI-00320     03/18/2021          John C. Middleton, Kenton Circuit Clerk

NOT ORIGINAL DOCUMENT
04/12/2021 02:36:06 PM
JSTIGALL@STURGILLTURNER.COM

**COMMONWEALTH OF KENTUCKY**
**KENTON COUNTY CIRCUIT COURT**
**DIVISION III**
**CASE NO. 21-CI-00320**
*Electronically Filed*

**TERRELL WINBUSH**                                                              **PLAINTIFF**
**2402 West North Bend Road, #1**
**Cincinnati, OH 45239**

**vs.**

**ALPLA, INC.**                                                                          **DEFENDANT**
**289 Highway 155**
**South McDonough, GA 30253**

   *Serve Registered Agent*
   **Corporation Service Company**
   **421 West Main Street**
   **Frankfort, KY 40601**

---

## FIRST AMENDED COMPLAINT AND JURY DEMAND

---

Comes now the Plaintiff, Terrell Winbush, by and through counsel, and for his claim for

relief states as follows:

### PARTIES/ JURISDICTION/ VENUE

1. Plaintiff, Terrell Winbush, (hereinafter "Plaintiff" or "Winbush") is a citizen and

resident of the State of Ohio at the address listed in the caption.

2. At all times relevant hereto, Defendant, Alpla, Inc. (hereinafter "Defendant" or

"Alpla") is a foreign corporation with its principal office in South McDonough, Georgia.

3. At all times relevant hereto, Plaintiff was an "employee" as that term is defined

under applicable state law, including but not necessarily limited to KRS § 344.030.

AMC : 000001 of 000004

Filed 21-CI-00320 03/18/2021 John C. Middleton, Kenton Circuit Clerk

NOT ORIGINAL DOCUMENT
04/12/2021 02:36:06 PM
JSTIGALL@STURGILLTURNER.COM

4.     At all times relevant hereto, Defendant was an "employer" as that term is defined under applicable state law, including but not necessarily limited to KRS § 344.030.

5.     Defendant is subject to the jurisdiction of this Court.

6.     Venue is proper in the Kenton Circuit Court in that all or a substantial part of the events giving rise to these claims occurred within Kenton County, Kentucky.

**STATEMENT OF RELEVANT FACTS**

7.     Plaintiff is African American.

8.     In or around November 2015, Plaintiff was hired through CM Staffing to work at Alpla, Inc. at 7080 New Buffington Road, Suite A, Florence, Kenton County, Kentucky.

9.     In or around January 2016, Plaintiff was promoted to Machine Operator I.

10.     In or around March 2016, Plaintiff transitioned from a temp working for CM Staffing and became an employee of Defendant.  Plaintiff remained a Machine Operator I for the remainder of his employment.

11.     For all or a majority of his employment with Defendant, Plaintiff was the only black machine operator.

12.     On more than one occasion during the course of his employment and because other machine operators were receiving promotions, Plaintiff inquired about being promoted to a Machine Operator II.  Plaintiff was denied a promotion.

13.     On multiple occasions during the course of his employment, Plaintiff was forced to take on additional undesirable job responsibilities that were not required of other machine operators.

14.     On or about June 1, 2019, Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission asserting race discrimination and retaliation.

AMC : 000002 of 000004

2

Filed 21-CI-00320 03/18/2021 John C. Middleton, Kenton Circuit Clerk

NOT ORIGINAL DOCUMENT
04/12/2021 02:36:06 PM
JSTIGALL@STURGILLTURNER.COM

15.     On or about July 1, 2019, Plaintiff was terminated.

**COUNT I**
**RACE DISCRIMINATION**

16.     Plaintiff incorporates the allegations set forth above as if fully restated herein.

17.     As set forth above, Plaintiff was discriminatorily treated differently than his white co-workers in violation of KRS § 344, et seq, including but not limited to being denied promotions and being required to take on additional, undesirable job responsibilities.

18.     As a direct and proximate result of Defendant's unlawful discrimination, Plaintiff has suffered and is continuing to suffer from a loss of income and benefits and has experienced emotional distress and mental anxiety for which he should be compensated.

**COUNT II**
**RETALIATION**

19.     Plaintiff incorporates the allegations set forth above as if fully restated herein.

20.     Plaintiff engaged in protected activity when he filed a Charge of Discrimination with the EEOC and otherwise complained of discrimination.

21.     After Plaintiff engaged in protected activity and because he engaged in protected activity, Plaintiff was harassed, terminated, and otherwise retaliated against in violation of KRS § 344.

22.     As a direct and proximate result of Defendant's unlawful retaliation, Plaintiff has suffered and is continuing to suffer from a loss of income and benefits and has experienced emotional distress and mental anxiety for which he should be compensated.

**WHEREFORE**, Plaintiff demands judgment against Defendant, in an amount to be determined at trial, as follows:

A.      That Plaintiff be awarded all lost pay and benefits;

AMC : 000003 of 000004

Filed      21-CI-00320      03/18/2021      John C. Middleton, Kenton Circuit Clerk
NOT ORIGINAL DOCUMENT
04/12/2021 02:36:06 PM
JSTIGALL@STURGILLTURNER.COM

B.      That Plaintiff be awarded compensatory damages;

C.      That Plaintiff be awarded pre- and post-judgment interest at the rate allowed by law;

D.      That Plaintiff be awarded his attorney fees and costs incurred in the investigation and prosecution of this matter;

E.      That Plaintiff be awarded such other and further relief which the Court deems just, proper and equitable under the circumstances.

Respectfully submitted,

BONAR, BUCHER & RANKIN, PSC

/s/Anthony J. Bucher
Anthony J. Bucher (KBA #87126)
3611 Decoursey Avenue
Covington, Kentucky 41015
Ph: (859) 431-3333
tbucher@lawatbdb.com


**JURY DEMAND**

Plaintiff herein demands a trial by jury.


/s/Anthony J. Bucher
Anthony J. Bucher

4

AMC : 000004 of 000004

NOT ORIGINAL DOCUMENT
04/12/2021 02:36:51 PM
JSTIGALL@STURGILLTURNER.COM

9857EA53-1845-4CC4-9B7B-98EBEF4C2A8C : 000001 of 000004

EXH : **000001 of 000004**

## COMMONWEALTH OF KENTUCKY
## KENTON COUNTY CIRCUIT COURT
### DIVISION _____
### CASE NO. _____

**TERRELL WINBUSH**                                                    **PLAINTIFF**
**2402 West North Bend Road, #1**
**Cincinnati, OH 45239**

**vs.**

**ALPA, INC.**                                                          **DEFENDANT**
**4767 Scottsville Road**
**Bowling Green, KY 42104**

> _Serve Registered Agent_
> **Ganshayam A. Patel**
> **4767 Scottsville Road**
> **Bowling Green, KY 42104**

_____

### COMPLAINT AND JURY DEMAND
_____

Comes now the Plaintiff, Terrell Winbush, by and through counsel, and for his claim for relief states as follows:

### PARTIES/ JURISDICTION/ VENUE

1.       Plaintiff, Terrell Winbush, (hereinafter "Plaintiff" or "Winbush") is a citizen and resident of the State of Ohio at the address listed in the caption.

2.       At all times relevant hereto, Defendant, Alpa, Inc. (hereinafter "Defendant" or "Alpa") is a Kentucky Corporation with its principal office in Bowling Green, Kentucky.

3.       At all times relevant hereto, Plaintiff was an "employee" as that term is defined under applicable state law, including but not necessarily limited to KRS § 344.030.

4.       At all times relevant hereto, Defendant was an "employer" as that term is defined under applicable state law, including but not necessarily limited to KRS § 344.030.

NOT ORIGINAL DOCUMENT
04/12/2021 02:36:51 PM
JSTIGALL@STURGILLTURNER.COM

9857EA53-1845-4CC4-9B7B-98EBEF4C2A8C : 000002 of 000004

EXH : **000002 of 000004**

5.      Defendant is subject to the jurisdiction of this Court.

6.      Venue is proper in the Kenton Circuit Court in that all or a substantial part of the events giving rise to these claims occurred within Kenton County, Kentucky.

### STATEMENT OF RELEVANT FACTS

7.      Plaintiff is African American.

8.      In or around November 2015, Plaintiff was hired through CM Staffing to work at Alpa, Inc. at 7080 New Buffington Road, Suite A, Florence, Kenton County, Kentucky.

9.      In or around January 2016, Plaintiff was promoted to Machine Operator I.

10.     In or around March 2016, Plaintiff transitioned from a temp working for CM Staffing and became an employee of Defendant.  Plaintiff remained a Machine Operator I for the remainder of his employment.

11.     For all or a majority of his employment with Defendant, Plaintiff was the only black machine operator.

12.     On more than one occasion during the course of his employment and because other machine operators were receiving promotions, Plaintiff inquired about being promoted to a Machine Operator II.  Plaintiff was denied a promotion.

13.     On multiple occasions during the course of his employment, Plaintiff was forced to take on additional undesirable job responsibilities that were not required of other machine operators.

14.     On or about June 1, 2019, Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission asserting race discrimination and retaliation.

15.     On or about July 1, 2019, Plaintiff was terminated.

NOT ORIGINAL DOCUMENT
04/12/2021 02:36:51 PM
JSTIGALL@STURGILLTURNER.COM

## COUNT I
## RACE DISCRIMINATION

16.     Plaintiff incorporates the allegations set forth above as if fully restated herein.

17.     As set forth above, Plaintiff was discriminatorily treated differently than his white co-workers in violation of KRS § 344, et seq, including but not limited to being denied promotions and being required to take on additional, undesirable job responsibilities.

18.     As a direct and proximate result of Defendant's unlawful discrimination, Plaintiff has suffered and is continuing to suffer from a loss of income and benefits and has experienced emotional distress and mental anxiety for which he should be compensated.

## COUNT II
## RETALIATION

19.     Plaintiff incorporates the allegations set forth above as if fully restated herein.

20.     Plaintiff engaged in protected activity when he filed a Charge of Discrimination with the EEOC and otherwise complained of discrimination.

21.     After Plaintiff engaged in protected activity and because he engaged in protected activity, Plaintiff was harassed, terminated, and otherwise retaliated against in violation of KRS § 344.

22.     As a direct and proximate result of Defendant's unlawful retaliation, Plaintiff has suffered and is continuing to suffer from a loss of income and benefits and has experienced emotional distress and mental anxiety for which he should be compensated.

**WHEREFORE**, Plaintiff demands judgment against Defendant, in an amount to be determined at trial, as follows:

A.     That Plaintiff be awarded all lost pay and benefits;

B.     That Plaintiff be awarded compensatory damages;

3

NOT ORIGINAL DOCUMENT
04/12/2021 02:36:51 PM
JSTIGALL@STURGILLTURNER.COM

C.     That Plaintiff be awarded pre- and post-judgment interest at the rate allowed by

       law;

D.     That Plaintiff be awarded his attorney fees and costs incurred in the investigation

       and prosecution of this matter;

E.     That Plaintiff be awarded such other and further relief which the Court deems

       just, proper and equitable under the circumstances.

                              Respectfully submitted,

                              BONAR, BUCHER & RANKIN, PSC

                              /s/Anthony J. Bucher
                              Anthony J. Bucher (KBA #87126)
                              3611 Decoursey Avenue
                              Covington, Kentucky 41015
                              Ph: (859) 431-3333
                              tbucher@lawatbdb.com


                       **JURY DEMAND**

Plaintiff herein demands a trial by jury.


                              /s/Anthony J. Bucher
                              Anthony J. Bucher


4

9857EA53-1845-4CC4-9B7B-98EBEF4C2A8C : 000004 of 000004

EXH : **000004 of 000004**



USPS TRACKING #

9590 9402 3079 7124 1547 86

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

KENTON CIRCUIT COURT
230 MADISON AVE.
3RD. FLOOR
COVINGTON, KY 41011
PHONE # 859-292-6521

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corp. Service Company
421 W. main St.
Frankfort, Ky 40601

21-CI-320

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3079 7124 1547 86

2. Article Number (Transfer from service label)

7017 1450 0000 0088 3846

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Amelia A. Smith_   ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

FILED
KENTON CIRCUIT/DISTRICT COURT
MAR 2 5 2021
JOHN MIDDLETON D.C.

MAR 23 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

NOT ORIGINAL DOCUMENT
04/12/2021 02:37:35 PM
JSTIGALL@STURGILLTURNER.COM

## COMMONWEALTH OF KENTUCKY
## KENTON CIRCUIT COURT
## DIVISION III
## CIVIL ACTION NO. 21-CI-00320
### *Electronically Filed*

**TERRELL WINBUSH**                                                    **PLAINTIFF**

**vs.**

**ALPA, INC.**                                                        **DEFENDANT**

_____

### AGREED ORDER DISMISSING
### ALPA, INC., KENTUCKY STATE ORGANIZATIONAL NO. 0543239

_____

This matter having come before the Court upon agreement of the parties hereto; and the Court being advised that the Alpa, Inc. joined Defendant to this action is in fact a Kentucky corporation operating the Ramada Inn in Bowling Green, Kentucky that has never operated in Florence, Kenton County, Kentucky; and the Court being advised that the Plaintiff shall be allowed to file a First Amended Complaint naming a correct Defendant; and the Court being otherwise duly and sufficiently advised;

**IT IS HEREBY ORDERED**:

1.    Alpa, Inc., Kentucky State Organizational No. 0543239 is dismissed as a party Defendant in this action.

2.    The Plaintiff, Terrell Winbush, be allowed to file a First Amended Complaint as a matter of right to name the correct Defendant with respect to the alleged charges of discrimination set forth in the Complaint and Jury Demand.

3.    This matter is continued generally.

1

NOT ORIGINAL DOCUMENT
04/12/2021 02:37:35 PM
JSTIGALL@STURGILLTURNER.COM

This _____ day of _____, 2021.


_____
JUDGE, KENTON CIRCUIT COURT



HAVE SEEN AND AGREED:


/s/Anthony J. Bucher_____
ANTHONY J. BUCHER
Attorney for Terrell Winbush
3611 Decoursey Avenue
Covington, KY 41015


/s/ Larry F. Hinton (by AJB with permission)____
LARRY F. HINTON
Attorney for Alpa, Inc.
REYNOLDS JOHNSTON HINTON, LLP
310 East 11th Avenue
P. O. Box 4000
Bowling Green, KY 42102-4000

TD : 000002 of 000002

Tendered      21-CI-00320      03/18/2021      John C. Middleton, Kenton Circuit Clerk

Tendered 21-CV-00320 03/18/2021 John C. Middleton, Kenton Circuit Clerk NOT ORIGINAL DOCUMENT
04/12/2021 02:38:00 PM
JSTIGALL@STURGILLTURNER.COM

ENTERED
KENTON CIRCUIT/DISTRICT COURT

MAR 2 5 2021

JOHN C. MIDDLETON
BY _____ D.C.

**COMMONWEALTH OF KENTUCKY**
**KENTON CIRCUIT COURT**
**DIVISION III**
**CIVIL ACTION NO. 21-CI-00320**
*Electronically Filed*

**TERRELL WINBUSH**                                                      **PLAINTIFF**

**vs.**

**ALPA, INC.**                                                                      **DEFENDANT**

---

### AGREED ORDER DISMISSING
### ALPA, INC., KENTUCKY STATE ORGANIZATIONAL NO. 0543239

---

This matter having come before the Court upon agreement of the parties hereto; and the

Court being advised that the Alpa, Inc. joined Defendant to this action is in fact a Kentucky

corporation operating the Ramada Inn in Bowling Green, Kentucky that has never operated in

Florence, Kenton County, Kentucky; and the Court being advised that the Plaintiff shall be

allowed to file a First Amended Complaint naming a correct Defendant; and the Court being

otherwise duly and sufficiently advised;

**IT IS HEREBY ORDERED**:

    1.    Alpa, Inc., Kentucky State Organizational No. 0543239 is dismissed as a party

Defendant in this action.

    2.    The Plaintiff, Terrell Winbush, be allowed to file a First Amended Complaint as a

        matter of right to name the correct Defendant with respect to the alleged charges

        of discrimination set forth in the Complaint and Jury Demand.

    3.    This matter is continued generally.

TD : 000001 of 000002

1

Tendered  21-CI-00320   03/18/2021   John C. Middleton, Kenton Circuit Clerk

04/12/2021 02:38:00 PM
JSTIGALL@STURGILLTURNER.COM

This 23rd day of _____March_____, 2021.

_Gregory Bartlett_

JUDGE, KENTON CIRCUIT COURT

HAVE SEEN AND AGREED:

/s/Anthony J. Bucher
ANTHONY J. BUCHER
Attorney for Terrell Winbush
3611 Decoursey Avenue
Covington, KY 41015

/s/ Larry F. Hinton (by AJB with permission)
LARRY F. HINTON
Attorney for Alpa, Inc.
REYNOLDS JOHNSTON HINTON, LLP
310 East 11th Avenue
P. O. Box 4000
Bowling Green, KY 42102-4000

2

TD : 000002 of 000002