**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

| | | |
|---|---|---|
| **TERRELL WINBUSH** | : | **CIVIL ACTION NO. 21-50-WOB-CJS** |
| | : | |
| | : | **Judge William O. Bertelsman** |
| Plaintiff, | : | |
| | : | |
| Vs. | : | |
| | : | **NOTICE OF DISMISSAL** |
| **ALPLA, INC.** | : | **WITH PREJUDICE** |
| | : | |
| Defendant | : | |

Notice is hereby given that this action has been settled.

Therefore, the Plaintiff, Terrell Winbush, by and through counsel, comes to give notice that the above captioned action is voluntarily dismissed, with prejudice, in its entirety.

    Respectfully submitted,

    /s/Anthony J. Bucher
    Anthony J. Bucher
    GATLIN VOELKER, PLLC
    50 East Rivercenter Blvd, Ste 1275
    Covington, KY 41017
    tbucher@lawatbdb.com
    *Attorney for Plaintiff, Terrell Winbush*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served via email and via the Court's electronic filing system this 10th day of December, 2021, which will give notice to the following:

Edward P. Cadigan  
ARNALL GOLDEN GREGORY, LLP  
171 17th Street, N.W., Ste 2100  
Atlanta, GA 30363  
Edward.cadagin@agg.com  
*Attorney for Defendant, Alpla, Inc.*

                                        /s/Anthony J. Bucher  
                                        Anthony J. Bucher